## PROPOSED SCHEDULING ORDER WORKSHEET

**Case No.:** 21-CV-01010 (SJF) (JMW)   **Date of Initial Conference:** June 28, 2021 at 10:00 am

**Plaintiff(s):** Gavin Trepeta

**Defendants(s):** Poll Restaurant Group, Inc., et al.,

### DEADLINES & COURT APPEARANCES

6/30/21 : Exchange of Rule 26(a)(1) disclosures

7/30/21 : Service of first interrogatories and document demands

8/31/21 : Responses to first interrogatories and document demands

8/31/21 : Motions to join new parties or amend the pleadings

TBD at conference : Status conference to be held (**Date and Time**)

2/28/22 : Completion of depositions

3/18/22 : Identification of case-in-chief experts and service of Rule 26 disclosures

4/18/22 : Identification of rebuttal experts and service of Rule 26 disclosures

3/31/22 : Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice

TBD at conference : Pretrial conference in courtroom 1024 of the Central Islip courthouse. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference (**Date and Time**)

1

**ESI DISCOVERY**

Have counsel discussed the existence of electronically stored information, discussed the location and production of such information, as required by Rule 26? YES__X__ NO____

Have the parties entered into an ESI protocol stipulation? YES____ NO__X__

Alternatively, if no ESI protocol is necessary because of the limited amount of ESI in the case, please check here: __X__

**CONFIDENTIALITY**

Do the parties anticipate the need for a confidentiality stipulation and order? YES____ NO__X__

**MAGISTRATE CONSENT**

Do the parties consent to all proceedings, including trial, before a magistrate judge pursuant to 28 U.S.C § 636(c)? YES/NO *(Answer no if any party declines to consent without indicating which party has declined. Parties are free to withhold consent without adverse substantive consequences.)*

NO

**COUNSEL:**

For Plaintiff(s) _____

For Defendant(s) _____