# CIVIL CAUSE FOR SETTLEMENT CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/21/2024     TIME: 2:45 PM     TIME IN COURT: 1 hr.

**FILED
CLERK**
4:54 pm, May 21, 2024
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

CASE:  **Trepeta v. Poll Restaurant Group, Inc. et. al.
2:21-cv-01010-JMA-JMW**

APPEARANCES:   Plaintiff:    Patricia Lynch (w/Gavin Trepata)

Defendants:   Michael Yim (w/Gillis Poll, Zohar Noushe)

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers to be served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case is respectfully referred to Magistrate Judge   for a settlement conference. If the case does not resolve, a briefing schedule will be set.
- ☐ Jury selection and trial is scheduled for
- ☐ An in-person settlement conference is scheduled for  before Judge Joan M. Azrack in Courtroom 920 of the Long Island Courthouse.  Clients should be present in person.
- ☒ Other: Case settled. Parties to file necessary settlement paperwork within 30 days.